UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JOES E. LEON, | ) | Case No. 09-32205-ABC |
| SSN: XXX-XX-0765 | ) | Chapter 11 |
| | ) | |
|    Debtor. | ) | |
| | ) | |
| | ) | |
| PNC BANK, NATIONAL ASSOCIATION, | ) | |
| | ) | |
|    Movant. | ) | |
| | ) | |
| JOSE E. LEON dba The Jose E. Leon | ) | |
| Revocable Trust dba Jose E. Leon, Trustee | ) | |
| of the Jose E. Leon | ) | |
| | ) | |
|    Respondant. | ) | |

**STIPULATION TO RESOLVE MOTION FOR RELIEF FROM AUTOMATIC STAY OF
ENFORCEMENT OF LIEN OR SECURITY INTEREST**

JOSE E. LEON *dba* The Jose E. Leon Revocable Trust *dba* The Jose E. Leon Declaration of Trust *dba* Jose E. Leon, Trustee of the Jose E. Leon ("Debtor"), by and through counsel, and PNC BANK, NATIONAL ASSOCIATION, Successors, Assigns, Servicers, Investors and Trustees, ("Movant"), by and through counsel ("[T]he Parties"), hereby Stipulate as follows:

1.    Debtor is the owner of a certain real property known as 12870 Royal Birkdale, Peyton, Colorado 80831 (the "Property"), which is encumbered by a Promissory Note in the original principal amount of $138,850.00 and secured by a Deed of Trust for the benefit of First Franklin Financial Corp and in which Movant asserts an interest.

2.    Debtor filed a petition in bankruptcy requesting relief pursuant to Chapter 11 of the Bankruptcy Code on October 20, 2009.

3.    Debtor and Movant agree that Debtor is in default and in arrears with post-petition mortgage payments for the Property.

4.    Debtor and Movant agree that Debtor and Movant are attempting to work out a loan modification for the Property. Both parties agree to work in good faith to reach such an agreement.

5.     Debtor and Movant agree that if Debtor or Debtor's counsel has not contacted Movant or Movant's counsel at least once within 90 days from the date of the Order Granting the Stipulation in order to attempt to obtain such modification, Movant will send a ONE-TIME written notice of default to Debtor and Debtor's counsel.  If a Notice of Default by is sent by Movant, said default must be cured by Debtor and accepted by Movant within ten (10) days of the date of said notice or the forbearance agreement contained herein is terminated.  Movant shall only provide ONE notice of default to Debtor.  Should the default not be cured within ten (10) days of the date of such notice, then Movant will file its Verified Motion to Enforce the Terms of the Stipulation ("Verified Motion"), indicating that the Debtor has failed to comply with the terms of this Stipulation and Order and requesting that Movant be granted relief from the automatic stay pursuant to this Stipulation.  Movant will mail a copy of the said Verified Motion to Debtor and Debtor's counsel, although Debtor agrees that said Verified Motion shall be granted ex parte without a hearing.

6.     Notice of any matters to which notice is required under this Stipulation shall be given to each party at the address listed below, and Notice for the purpose of this Stipulation shall be made by placing the item requiring notice in the U.S. mail, postage prepaid.

7.     Any change of address shall be designated pursuant to the notice provisions and shall be deemed given when mailed to the parties at the addresses designated pursuant to the notice provision.

8.     Debtor requests and hereby authorizes Movant to resume mailing its monthly statements to Debtor.

9.     Debtor understands and is advised that conversion of this proceeding to a different chapter in bankruptcy shall not void, negate or in any way change the relief stipulated to herein.

10.     The Parties further agree that the requirements of Fed. R. Bankr. P. 4001(a)(3) do not apply and are waived.

11.     The Parties further agree that this Stipulation may be signed in counterparts and a facsimile signature may be  relied upon as if it were an original signature.

12.     The Parties request that the Court make this Stipulation an Order of Court.

**2**

Dated: _7/21/10_ .


Heather Schell #38931
Kutner Miller & Brinen, P.C.
303 E. 17th Ave Ste. 500
Denver, CO 80203
Telephone: 303-832-2400
Attorney for Debtor

Dated: _____.


Susan J. Hendrick, #33196
Aronowitz & Ford, LLP
1199 Bannock Street
Denver, Colorado   80204
Telephone:  (303) 327-8761
Attorney for Movant