## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: | ) |
| | ) |
| JOSE E. LEON, | ) Case No. 09-32205-TBM |
| SSN: XXX-XX-0765 | ) Chapter 11 |
| | ) |
| Debtor. | ) |

### ORDER APPROVING POST-CONFIRMATION STIPULATION
### WITH MTGLQ INVESTORS, LP

**(6424 Balance Circle, Colorado Springs, Colorado 80922)**

This matter, having come before the Court on the Stipulation between Jose E. Leon ("Leon"), on the one hand, and MTGLQ Investors, LP ("MTGLQ"), on the other hand, to resolve Leon's loan with MTGLQ on the property located at 66424 Balance Circle, Colorado Springs, CO 80922, the Court having reviewed the Stipulation, and finding good cause for granting the relief requested therein, hereby

ORDERS that the Stipulation is APPROVED.

Done and entered this  13th  day of  March , 2017 at Denver, Colorado.

*/s/ Thomas B. McNamara*
Honorable Thomas B. McNamara
United States Bankruptcy Court Judge